**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILIA HALIM,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
                                      /

No. C 13-04854 JSW

**ORDER STRIKING MOTION TO DISMISS**

On November 11, 2013, defendant Wells Fargo Bank, N.A. ("Wells Fargo") re-noticed a motion to dismiss which exceeds this Court's page limits. *See* Standing Order ¶ 6. The Court HEREBY STRIKES the motion for failure to comply with the Court's page limits. This Order is without prejudice to Wells Fargo re-filing this motion in compliance with the Court' Standing Order or seeking prior leave of Court to exceed the page limit.

**IT IS SO ORDERED.**

Dated: November 25, 2013

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE