IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILIA HALIM,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

No. C 13-04854 JSW

**ORDER TO SHOW CAUSE**

This matter is set for a hearing on March 14, 2014 on the motion to dismiss filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"). Pursuant to Local Civil Rule of the Northern District 7-3, plaintiff Cecelia Halim's opposition or statement of non-opposition was due to be filed and served by November 13, 2013. To date, Plaintiff has not filed any opposition or statement of non-opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by December 10, 2013, why the pending motion to dismiss should not be granted in light of her failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Wells Fargo's motion, Plaintiff must demonstrate good cause for failing to file her opposition brief in a timely fashion. In her response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that her failure to respond this Order by December 10, 2013, will result in a dismissal of this action without further notice.

If Plaintiff seeks to file a substantive response to Wells Fargo's motion and demonstrates good cause for her delay, the Court will provide Wells Fargo with an opportunity to file a reply brief.

**IT IS SO ORDERED.**

Dated: December 3, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE