IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILIA HALIM,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

                                                        /

No. C 13-04854 JSW

**SECOND ORDER TO SHOW CAUSE**

On December 3, 2013, the Court issued an Order to Show Cause ("OSC") to plaintiff Cecilia Halim ("Plaintiff") why the pending motion to dismiss should not be granted in light of her failure to file a timely opposition or statement of non-opposition and why this case should not be dismissed for failure to prosecute. Plaintiff failed to respond by the deadline of December 13, 2013. However, the Court notes that Plaintiff did not receive notice due to her counsel's failure to register with the electronic case filing ("ECF") system as required by the Northern District Civil Local Rules. *See* Civ. L.R. 5-1(c). Therefore, the Court HEREBY DIRECTS defendant Wells Fargo Bank, N.A. ("Wells Fargo") to serve a copy of this Order by mail, as well as the OSC issued on December 3, 2013, by no later than December 18, 2013. Wells Fargo shall file a proof of service by no later than December 19, 2013.

    Plaintiff's counsel shall immediately become an ECF user, obtain a user ID and password, and register his email address for service, as required by the Local Rules. The Court HEREBY EXTENDS Plaintiff's deadline to file a response to the OSC issued on December 3,

2013 to January 2, 2014.  Plaintiff is again admonished that her failure to respond the OSC by January 2, 2014, will result in a dismissal of this action without further notice.

If Plaintiff seeks to file a substantive response to Wells Fargo's motion and demonstrates good cause for her delay, the Court will provide Wells Fargo with an opportunity to file a reply brief.

**IT IS SO ORDERED.**

Dated: December 16, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE