**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILIA HALIM,

    Plaintiff,                                             No. C 13-04854 JSW

  v.

WELLS FARGO BANK, N.A., et al.,            **ORDER OF DISMISSAL**

    Defendants.
_____/

On December 16, 2013, the Court issued an Order to show cause why this case should not be dismissed based on Plaintiff's failure to file a timely opposition to the pending motion to dismiss and for failure to prosecute. The Court further ordered that Plaintiff's response to the Order to Show Cause would be due by January 2, 2014, and that if she failed to file a response to the Order to Show Cause by January 2, 2014, the Court would dismiss this case. To date, Plaintiff has not filed any response to the show cause Order. Accordingly, the Court GRANTS the pending motion to dismiss as unopposed and DISMISSES this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 7, 2014

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE